08 CIV 6822

OFFICE COPY

RECEIVED
JUL 30 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Edward A. Meilman (EM 7257)
Richard LaCava (RL 1671)
Peter Lambrianakos (PL 5075)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
SAMSUNG ELECTRONICS AMERICA, INC.,  :
:         Civil Action No.
       Plaintiff,                   :
:         ECF Case
   v.                                :
:         Jury Demanded
BROADWAY PHOTO LLC,                 :
:
       Defendant.                   :
------------------------------------x

**SAMSUNG ELECTRONICS AMERICA, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

DOCSNY-321159v01

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Samsung Electronics Co., Ltd. is the parent corporation of Plaintiff, Samsung Electronics America, Inc., and that no other publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: July 30, 2008

Respectfully submitted,

By *Edward A. Meilman*
Edward A. Meilman (EM 7257)
Richard LaCava (RL 1671)
Peter Lambrianakos (PL 5075)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Plaintiff Samsung Electronics America, Inc.