UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAMSUNG ELECTRONICS AMERICA, INC.,    :

                Plaintiff,    :

    -against-    :

BROADWAY PHOTO LLC,    :

                Defendant.    :

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/08
```

08 Civ. 6822 (SHS) (THK)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **XX** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute* | ____ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose: _____ |
| | | ____ | Habeas Corpus |
| ____ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | All such motions: ____ |

Dated: New York, New York
       August 5, 2008

SO ORDERED:

*signature*

Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.