UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| **SAMSUNG ELECTRONICS AMERICA INC,** | **AFFIDAVIT OF SERVICE** |
| Plaintiff, | Index No.: 08-CIV-6822. |
| -against- | |
| **BROADWAY PHOTO LLC.,** | |
| Defendant, | |

------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

JAMES POLLINA, being duly sworn, deposes and says:

1. I am over 18 years of age, and not a party to this proceeding and reside in Staten Island, New York.

2. I am employed US Processing Services, Inc., 11 Park Place, Suite 1512, New York, New York 10007.

3. On July 31, 2008, at approximately 2:50 p.m., I served a true, complete and accurate copy of the SUMMONS AND COMPLAINT, SAMSUNG ELECTRONICS AMERICA, INC.'S RULE 7.1 DISC LOSURE STATEMENT AND THE CIVIL COVER SHEET, in the above captioned action upon the Defendant named therein by delivery of same personally to a Mr. "John" Fargis, who admitted being a member/owner of the Defendant, at his actual place of business, 337 E 89th Street, Brooklyn, New York 11236. Upon gaining admittance to said location, I was directed to and met Mr. Fargis and delivered the documents directly into his possession.

4. Mr. Fargis may be described at a white male with gray hair, a beard, approximately 51-65 years of age, 200-250 pounds, standing approximately 5.5-6 feet tall.

_____
JAMES POLLINA
Lic.# 1266221

Sworn to before me this
4th day of August, 2008

_____
NOTARY PUBLIC
NICOLE MANDRACHIO
Notary Public, State of New York
No. 01MA5085346
Qualified in Kings County
Commission Expires 11/5/09

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

| Southern | District of | New York |

SAMSUNG ELECTRONICS AMERICA, INC.

V.

BROADWAY PHOTO LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6822

TO: (Name and address of Defendant)

Broadway Photo LLC
337 E. 89th Street
Brooklyn, NY 11236

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward Meilman, Esq.
Richard LaCava, Esq.
Peter Lambrianakos, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL 3 0 2008

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK                    DATE