Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006
*Attorneys for Defendant,*
  *Broadway Photo LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
SAMSUNG ELECTRONICS AMERICA, INC.,   :   **ECF CASE**
                                     :
                                     :   Civil Action No.  08-CIV-6822 (SHS)
                    Plaintiff,       :
                                     :
       v.                            :
                                     :
BROADWAY PHOTO LLC,                  :
                                     :
                    Defendant.       :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that attorney Richard Eskew, special counsel in the firm of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, N.Y. 10038, hereby appears as counsel in addition to Steven B. Pokotilow in the above-captioned action on behalf of Defendant Broadway Photo LLC.

NY 71702732

        STROOCK & STROOCK & LAVAN LLP
        Attorneys for Defendant
        180 Maiden Lane
        New York, New York 10038
        (212) 806-5400


By:  *s/ Richard Eskew*
      Richard Eskew
      reskew@stroock.com

Dated:  New York, New York
        August 21, 2008