Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Tel:  (212) 806-5400
Fax: (212) 806-6006
*Attorneys for Defendant,*
  *Broadway Photo LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------x
SAMSUNG ELECTRONICS AMERICA, INC.,    :   ECF CASE
                                      :
                                      :   Civil Action No.  08-CIV-6822 (SHS)
                          Plaintiff,  :
                                      :
      v.                              :
                                      :
BROADWAY PHOTO LLC,                   :
                                      :
                          Defendant.  :
--------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that attorney Steven B. Pokotilow, a member of the firm of

Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, N.Y. 10038, hereby appears as

counsel in addition to Richard Eskew in the above-captioned action on behalf  Defendant

Broadway Photo LLC.

NY 71702764

2

                                        STROOCK & STROOCK & LAVAN LLP
                                        Attorneys for Defendant
                                        180 Maiden Lane
                                        New York, New York  10038
                                        (212) 806-5400


                                        By:  s/ *Steven B. Pokotilow*

Dated:  New York, New York                   Steven B. Pokotilow
        August 21, 2008                      spokotilow@stroock.com

NY 71702764