Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006
*Attorneys for Defendant,*
  *Broadway Photo LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
SAMSUNG ELECTRONICS AMERICA, INC.,   :   **ECF CASE**
                                     :
                                     :   Civil Action No.  08-CIV-6822 (SHS)
                   Plaintiff,        :
                                     :
     v.                              :
                                     :
BROADWAY PHOTO LLC,                  :
                                     :
                   Defendant.        :
---------------------------------------------------------------x

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that a true and correct copy of the **Notice of Appearance for Steven B. Pokotilow**, **Notice of Appearance for Richard Eskew**, and **Defendant's Fed. R. Civ. P. 7.1 Statement**, were electronically served upon the following attorneys of record on August 21, 2008 via the CM/ECF system for the United States District Court for the Southern District of New York:

DICKSTEIN SHAPIRO LLP.
Edward A. Meilman [meilmane@dicksteinshapiro.com]
Richard LaCava [lacavar@dicksteinshapiro.com]
Peter Lambrianakos [lambrianakosp@dicksteinshapiro.com]
1177 Avenue of the Americas
New York, NY 10036
*Attorney for Plaintiffs SAMSUNG ELECTRONICS AMERICA, INC.*

NY 71708222

        STROOCK & STROOCK & LAVAN LLP
        Attorneys for Defendant
        180 Maiden Lane
        New York, New York 10038
        (212) 806-5400

By: *s/Richard Eskew*
      Richard Eskew
      reskew@stroock.com

Dated:    New York, New York
           August 21, 2008

NY 71708222