*Stein/5*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

Steven B. Pokotilow
Richard Eskew
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006
*Attorneys for Defendant,*
  *Broadway Photo LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
SAMSUNG ELECTRONICS AMERICA, INC.,    :    <u>**ECF CASE**</u>
                                      :
                                      :    Civil Action No. 08-CIV-6822 (SHS)
                       Plaintiff,     :
                                      :
     v.                               :
                                      :
BROADWAY PHOTO LLC,                   :
                                      :
                       Defendant.     :
-----------------------------------------------------------x

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

WHEREAS, Plaintiff, Samsung Electronics America, Inc. ("Samsung") filed a complaint on July 30, 2008 (the "Complaint") against Defendant, Broadway Photo LLC ("Broadway Photo");

WHEREAS, a response to the Complaint is presently due August 20, 2008;

AND, WHEREAS, Samsung and Broadway Photo have mutually agreed that Broadway Photo shall have until September 5, 2008 to answer or otherwise respond to the Complaint;

NY 71707345

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by mutual agreement of the parties, by and through their respective counsel, and without waiver of any right, that Broadway Photo shall have until September 5, 2008 to answer or otherwise respond to the Complaint. No previous requests for adjournments or extensions have been requested in connection with the Complaint. Samsung and Broadway Photo each consent to the extension. No other dates have been scheduled at this time.

Respectfully submitted,

Dated: New York, New York
       August 20, 2008

DICKSTEIN SHAPIRO LLP

By: _____
Edward A. Meilman (EM 7257)
meilmane@dicksteinshapiro.com
Richard LaCava (RL 1671)
lacavar@dicksteinshapiro.com
Peter Lambrianakos (PL 5075)
lambrianakosp@dicksteinshapiro.com
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 277-6500
Fax: (212) 277-6501

ATTORNEYS FOR PLAINTIFF
SAMSUNG ELECTRONICS AMERICA, INC.

STROOCK & STROOCK & LAVAN LLP

By: _____
Steven B. Pokotilow
spokotilow@stroock.com
Richard Eskew
reskew@stroock.com
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

ATTORNEYS FOR DEFENDANT
BROADWAY PHOTO LLC

New York, New York

____8/21____, 2008

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

2

NY 71707345